# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 26.1 of the Federal Rules of Appellate Procedure and Eleventh Circuit Rule 26-1, Petitioner hereby files this Certificate of Interested Persons and Corporate Disclosure Statement:

1. Jennifer Smith, Plaintiff/Petitioner;

2. Florida Agricultural & Mechanical University (FAMU), Defendant/Respondent;

3. Maria Santoro, counsel for Respondent FAMU;

4. Teresa Ward, counsel for Respondent FAMU;

5. Sniffen & Spellman, P.A., Law Firm for Respondent FAMU;

6. Gray Robinson, P.A., former counsel for Respondent FAMU;

7. Richard Mitchell, former counsel for Respondent FAMU;

8. Julie Zolty, former counsel for Respondent FAMU;

9. Sarah Reiner, outside counsel for Respondent FAMU in another matter;

10. Paul G. Byron, U.S. District Judge for the Middle District of Florida, Orlando Division;

11. Robert M. Norway, U.S. Magistrate Judge for the Middle District of Florida, Orlando Division;

12. Appellant Jennifer Smith knows the Honorable Charles R. Wilson and the Honorable Robin Rosenbaum and believes their involvement with the case may be a conflict.

/s/ Jennifer Smith